# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Advanced Computer Learning Company,<br>  LLC dba ACLC | ) ASBCA No. 63941 |
| | ) |
| Under Contract No. W911S0-18-D-0013<br>  Task Order No. W911S0-21-F-0253 | )<br>)<br>) |

APPEARANCES FOR THE APPELLANT:    Marlena F. Ewald, Esq.
                                         Jane Johansen, Esq.
                                         Emily A. Spence, Esq.
                                           Fluet Law
                                           Tysons, VA

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
                                           Army Chief Trial Attorney
                                         MAJ Brandon P. Mark, JA
                                         CPT Paula F. Barr, JA
                                         Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 7, 2024

MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63941, Appeal of Advanced Computer Learning Company, LLC dba ACLC, rendered in conformance with the Board's Charter.

Dated:  August 7, 2024

for Tammye O. Allott

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals